DEPARTMENT OF THE INTERIOR
U.S. FISH AND WILDLIFE SERVICE
DIVISION OF LAW ENFORCEMENT

# PROPERTY RECEIPT

**RECEIVED/SEIZED FROM:** GIBSON GUITAR, 641 Massman, Nashville, TN

**DATE AND TIME OF RECEIPT:** 11/17/09, 9:30 AM

**FILE NUMBER:**

**RECEIVED/SEIZED BY:** SA Langeland, ICE (TAL)

**LOCATION:** Gibson Guitar, 641 Massman Dr, Nashville, TN

| ITEM NO. | DESCRIPTION |
|---|---|
|  | Seizure tag # B94011 |
| 1 | Pallet of ebony fingerboards |
| 2 | Pallet of 4 tubs (green) of ebony fingerboards |
| 3 | Pallet of 6 tubs and one (1) box of ebony |
| 4 | 1 Box of fingerboards ebony |
| 5 | 2 Boxes of necks, ebony |
| 6 | Rolling cart w/ drying ebony |
| 7 | Internal movement memo |
| 8 | 2 small of ebony |

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

**OFFICER:** McNamara

**WITNESS:**

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

**SIGNATURE:**

FORM 3-155 (9/81)