UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. |
| v. ) | |
| ) | JUDGE |
| ) | |
| EBONY WOOD IN VARIOUS FORMS, ) | |
| ) | |
| Defendant. ) | |

## SUMMONS AND WARRANT FOR ARREST IN REM

TO: **DEPARTMENT OF THE INTERIOR FISH AND WILDLIFE SERVICE**

WHEREAS, on August 9, 2010 the United States of America filed a Verified Complaint *In Rem* for civil forfeiture in the United States District Court for the Middle District of Tennessee, Nashville Division against the above-named defendant property which consists of:

1. Gibson Guitar, SN: 030790441
2. Gibson Guitar, SN: SN: 031590512
3. Gibson Guitar, SN: SN: 03069030*[1]
4. Gibson Guitar, SN: SN: 03029064
5. Gibson Guitar, SN: SN: 029590524
6. Gibson Guitar, SN: SN: DF 2396;
7. ebony wood in various forms as set forth in Attachment 1 to this Application for Summons and Warrant of Arrest In Rem at items 1-6 and 8

(hereinafter collectively referred to as "Defendant Property"), alleging that said property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the Complaint; and

WHEREAS, the Defendant Property is currently in the possession, custody or control of

---

[1] The asterisk denotes an unrecognizable number.

the Department of the Interior Fish and Wildlife Service.; and

    WHEREAS, in these circumstances Supplemental Rule G(3)(b)(I) directs the Clerk of the Court to issue an arrest warrant in rem for the arrest of the Defendant property; and

    WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

    NOW THEREFORE you are hereby commanded to arrest the above-named defendant property by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

    YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: __AUG - 9 2010__

                                  Clerk of the Court
                                  United States District Court

By: _[signature]_
                    Deputy Clerk

| DEPARTMENT OF THE INTERIOR<br>U.S. FISH AND WILDLIFE SERVICE<br>DIVISION OF LAW ENFORCEMENT | **PROPERTY RECEIPT** | |
|---|---|---|
| RECEIVED/SEIZED FROM:<br>GIBSON GUITAR 641 Massman, Nashville, TN | DATE AND TIME OF RECEIPT:<br>11/17/09, 9:30 AM | FILE NUMBER: |
| RECEIVED/SEIZED BY:<br>SA Langeland, ICE (TAL) | LOCATION:<br>Gibson Guitar, 641 Massman Dr, Nashville, TN | |

| ITEM NO. | DESCRIPTION: |
|---|---|
| | Seizure log # B94011 |
| 1 | Pallet of ebony fingerboards |
| 2 | Pallet of 4 tubs (green) of ebony fingerboards |
| 3 | Pallet of 6 tubs and one (1) box of ebony |
| 4 | 1 box of fingerboards ebony |
| 5 | 2 boxes of necks, ebony |
| 6 | Rolling cart w/ drying ebony |
| 7 | Internal movement memo |
| 8 | 2 small of ebony |

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

OFFICER: McNamara

WITNESS:

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

SIGNATURE:

FORM 3-155 (9/81)