# United States District Court

_____ MIDDLE _____ DISTRICT OF ___ TENNESSEE (NASHVILLE DIVISION) ___

In the Matter of the Search of

(Name, address or brief description of person, property or premises to be)

## SEARCH WARRANT

**The Premises of Gibson Guitar,**
**641 Massman Drive, Nashville,**
**Tennessee, 37210, and**
**More Particularly Described as a**
**Two-Story Industrial / Manufacturing Plant**
**with Office Support on the Second Floor, and**
**All Other Outbuildings, Appurtenances,**
**Storage Areas, and Units Associated Therewith**

**CASE 09-2133 MK**

TO: ___ Agents of the United States Fish and Wildlife Service ___ and any Authorized Officer of the United States, Affidavit(s) having been made before me by _ Special Agent Kevin L. Seiler _ who has reason to believe that

☐ on the person of, or  ■ on the premises known as  (name, description and/or )

**See Attachment A1**

in the _____ MIDDLE _____ District of __ TENNESSEE · _____ there is now concealed a certain person or property, namely  (describe the person or property)

**See Attachment B**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __ 11/22/09 __ (not to exceed 10 days)
                                                              Date

the person or place named above for the person or property specified, serving this warrant and making the search  ■ in the daytime --- 6:00 A.M. to 10:00 P.M.  ☐ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Magistrate Judge _____ as required by law.
                                                        U.S. Judge or Magistrate

November 12, 2009 _ at _ 2:40 pm ___   in _ Nashville, Tennessee _____
Date Issued              Time Issued               City and State

Judge E. Clifton Knowles _____
   Name and Title of Judicial Officer          Signature of Judicial Officer

Attachment 1

AO 93    (Rev. 8/98) Search Warrant(Reverse)

| RETURN | Case Number: |
|---|---|
| | 2009209776 |

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/12/2009 | 11/17/2009    0800 | TINA HOPKINS |

INVENTORY MADE IN THE PRESENCE OF

DANIEL McNAMARA

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

303 GIGABITES OF DATA

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    11/18/09
U.S. Judge or Magistrate                              Date

# Attachment A1

*Descriptions Of Places And Items To Be Searched*

**Premises**

    The premises of 641 Massman Drive, Nashville, Tennessee 37210, Davidson County, Tennessee, in the Middle District of Tennessee, including all attached and unattached rooms, offices, storage areas, containers, trash area, surrounding grounds, and outbuildings assigned to or part of, the premises.

**Premises' Physical Description**

    Stories:        Two

    Color and Construction type:

                Part of the building is red brick (the right portion as you look at it from the street), and the left side of the building is constructed of light beige steel and blue at the bottom in some places. The building has a wide brown trim along the roofing; the main part of the building is labeled 641 and the far left part of the building is labeled as 643, although these parts of the building appear to be connected at the back by a narrow passageway, as depicted in the attachments.

    Markings:      The number 641 is in white on a brown sign located on the brown trim at the right corner of the building as you face the building from the street. "Gibson Guitar Company" is in blue lettering on a white sign on the right side of the brick part of the building as you face the building from the street. The number 643 is on the far left side of building as you face the building from the street.

**Premises Location**

    The building is located within Davidson County, at 641 (and 643) Massman Drive, Nashville, Tennessee 37210. See also attached Google and Metro maps with building identified as "A" and three photographs of the building from the street.

1

Google maps Address



?

# Metro Maps



DISCLAIMER: The user understands that the entities which comprise Metropolitan Government make no representations as to the accuracy of the information in the mapping data, but rather, provide said information as is. The user knowingly waives any and all claims for damages against any and all of the entities comprising Metropolitan Government that may arise from the mapping data. This is not a legal document!

Created: 10/15/2009 9:41:08 AM

### Legend

Street Names
Airport
Lot Lines
Railroad
Buildings
Interstates
Parcel Numbers
Lot Polygons
Ownership Parcels
Planned Unit
Developments
Zoning
Lakes and Water
Bodies
Satellite Cities
County Boundary







**Attachment B**
**Evidence to Be Seized**

1.　　Any and all original and/or reproduced records, whether in hard copy, electronic format or other form, related to the harvest, identification, regulation, acquisition, transportation, import, export, shipping, payment, purchase, barter, processing of, sales, purchases, reporting, recordkeeping, and/or disposition of Madagascar Ebony (*Diospyros* species) wood, Rosewood or "Palisander" (*Dalbergia* species) wood, to include all such wood products. (MADAGASCAR) (MADAGASCAR)

The term "records" includes but is not be limited to:
- documents,
- shipping records,
- invoices,
- manifests,
- bills of lading,
- receipts,
- billing records,
- financial records (including bank statements, deposits, withdrawals, checks, wire transfer, cash transactions),
- accounting ledgers,
- trip tickets,
- landing records,
- logbook entries,
- reporting data,
- facsimile ("fax") transmissions (including records of receipt/transmission),
- notes,
- travel records,
- travel itineraries,
- photographs,
- electronic communication (e-mail),
- memorandums,
- reports, and
- correspondences.

2.　　Wood and wood products composed of Madagascar Ebony (*Diospyros* species), including but not limited to finished, semi-worked wood products and unworked wood.

DEPARTMENT OF THE INTERIOR
U.S. FISH AND WILDLIFE SERVICE
DIVISION OF LAW ENFORCEMENT

# PROPERTY RECEIPT

| RECEIVED/SEIZED FROM: 641 Mossman Gibson Guitar Nashville, TN | DATE AND TIME OF RECEIPT: 11/17/09 | FILE NUMBER: |
|---|---|---|

RECEIVED/SEIZED BY:
U.S. FWS ? ICE

LOCATION: 641 Massman Nashville, TN

| ITEM NO. ST. | DESCRIPTION: |
|---|---|
| 884002 | Custom shop receipt - Russ Stoops |
| 884006 | Wood samples from Gene Nix |
| 884009 | Documents ? Business cards (Nix) desk |
| 884001 | Documents - desk and cabinet Justin Morris |
| 884003 | Documents - desk - Scott McDaniels |
| 884004 | Purchase orders Herb Jenkins office |
| 884005 | Purchase orders - file cabinet Production office |
| 884010 | Documents - Herb Jenkins office |

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

OFFICER: Eugene M. Bendele

WITNESS: #679

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

SIGNATURE:

DEPARTMENT OF THE INTERIOR
U.S. FISH AND WILDLIFE SERVICE
DIVISION OF LAW ENFORCEMENT

# PROPERTY RECEIPT

**RECEIVED/SEIZED FROM:** GIBSON GUITAR  641 Massman Nashville, TN

**DATE AND TIME OF RECEIPT:** 11/17/09, 9:30 AM

**FILE NUMBER:**

**RECEIVED/SEIZED BY:** SA Langeland, ICE  (TAL)

**LOCATION:** Gibson Guitar, 641 Massman Dr Nashville, TN

| ITEM NO. | DESCRIPTION: |
|---|---|
| | Seizure tag # B94011 |
| 1 | Pallet of Ebony fingerboards |
| 2 | Pallet of 4 tubs (green) of ebony fingerboards |
| 3 | Pallet of 6 tubs and one (1) box of ebony |
| 4 | 1 Box of finger boards ebony |
| 5 | 2 Boxes of necks, ebony |
| 6 | Rolling cart w/ drying ebony |
| 7 | Internal movement memo |
| 8 | 2 small of ebony |

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

**OFFICER:** McNamara

**WITNESS:** #649

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

**SIGNATURE:**

FORM 3-155 (9/81)

# PROPERTY RECEIPT

**RECEIVED/SEIZED FROM:**

Gibson Guitar

**DATE AND TIME OF RECEIPT:**

11/17/09, 9:30 AM

**FILE NUMBER:**

**RECEIVED/SEIZED BY:**

SA Wilson, SA Marsdanz, ICE Nashville

**LOCATION:**

Gibson Guitar, 641 Massman, Nashville, TN

| ITEM NO. | DESCRIPTION: |
|---|---|
| 1 | Seizure tag: 884000 Accounting file on "Wagil", 2 documents on Karl Klier, "Vikwood" file from Accounting |
| 2 | 2008, 2009 Accounting documents |
| 1 | Seizure tag # 884012 Monthly Accounting / Accounts Payable reports covering the year "2009" |
| 1 | Seizure tag # 884017 "IC Nov 09 report" |

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

**OFFICER:**

McNamara

**WITNESS:** #649

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

**SIGNATURE:**

DEPARTMENT OF THE INTERIOR
U. S. FISH AND WILDLIFE SERVICE
DIVISION OF LAW ENFORCEMENT

# PROPERTY RECEIPT

**RECEIVED/SEIZED FROM:**
Gibson Guitar

**DATE AND TIME OF RECEIPT:**
11/17/09 1220

**FILE NUMBER:**

**RECEIVED/SEIZED BY:**
SA McNamara

**LOCATION:**
Gibson Guitar, 641 Massman, Nashville, TN

| ITEM NO. | DESCRIPTION: |
|----------|--------------|
| | ST # 884013 |
| 1 | guitar, SN 030790441 |
| 2 | gutar, SN 031590512 |
| 3 | gutar, SN 03069030(6)or(8) |
| 4 | guitar, SN 030290647 |
| 5 | gutar, SN 029590524 |
| 6 | gutar, DF 2396 |

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

**OFFICER:**
McNamara

**WITNESS:**
#649

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

**SIGNATURE:**

# United States District Court

<u>MIDDLE</u>  DISTRICT OF  <u>TENNESSEE (NASHVILLE DIVISION)</u>

In the Matter of the Search of

(Name, address or brief description of person, property or premises to be)   **SEARCH WARRANT**

**The Premises of Red Arrow**
**Delivery Service, 1120 Visco Drive,**              **CASE 09-2134 MK**
**Nashville, Tennessee, 37210, and**
**More Particularly Described as a**
**Beige Steel Building with Red Trim and**
**Labeled with "1120" on the Front Door, and**
**All Other Outbuildings, Appurtenances,**
**Storage Areas, and Units Associated Therewith**

TO:  <u>Agents of the United States Fish and Wildlife Service</u> and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Special Agent Kevin L. Seiler</u> who has reason to believe that

☐  on the person of, or    ■  on the premises known as  (name, description and/or )

**See Attachment A2**

in the ____<u>MIDDLE</u>____ District of <u>TENNESSEE</u>____ there is now concealed a certain person or property, namely  (describe the person or property)

**See Attachment B**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  <u>11/22/09</u>  (not to exceed 10 days)
                                                                                            Date
the person or place named above for the person or property specified, serving this warrant and making the
search  ■  in the daytime --- 6:00 A.M. to 10:00 P.M.  ☐  at anytime in the day or night
as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>Magistrate Judge</u>____ as required by law.
                                                                          U.S. Judge or Magistrate

November 12, 2009  at  <u>2:40 pm</u>   in   <u>Nashville, Tennessee</u>
Date Issued           Time Issued                    City and State

Judge E. Clifton Knowles
Name and Title of Judicial Officer                   Signature of Judicial Officer

AO 93    (Rev. 8/98) Search Warrant(Reverse)

| RETURN | Case Number: 2009204776 ; 09-2134 mK | |
|---|---|---|
| DATE WARRANT RECEIVED 11/12/2009 | DATE AND TIME WARRANT EXECUTED 11/17/2009    0800 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH NANCY ALVAREZ |
| INVENTORY MADE IN THE PRESENCE OF SA JOHN RAYFIELD | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____    _11/18/09_
U.S. Judge or Magistrate                Date

## Attachment A2

*Descriptions Of Places And Items To Be Searched*

**Premises**

The premises of 1120 Visco Drive, Nashville, Tennessee 37210, Davidson County, Tennessee, in the Middle District of Tennessee, including all attached and unattached rooms, offices, storage areas, containers, trash area, surrounding grounds, and outbuildings assigned to or part of, the premises.

**Premises' Physical Description**

Construction type: steel with bay doors
Color: beige with red trim
Label: labeled with the number "1120" on the front door facing the street

**Premises Location**

This residence is located within Davidson County. It is located at 1120 Visco Drive, Nashville, Tennessee 37210. This is a cargo and distributions facility with bay doors that is beige colored steel with red trim. The building has an office area in the front and is labeled with the number "1120" on the front door facing the street. See also attached Metro GIS information, Google map, and 2 photographs.

1



**METRO GIS**

800 2nd Ave S
Nashville, TN 37210
www.nashville.gov/mpc

**Parcel ID:** 09400011200

**Property Address:** 1120 VISCO DR
NASHVILLE, TN 37210

**Owner Information:** VANDEVORT, W. WAYNE
1120 VISCO DR
NASHVILLE, TN 37210
Date Acquired: 10/20/2004
Document: QC-20041025
0127970

**General Information:** Census Tract: 14900
Council District: 15
Land Use: 077,
TERMINAL/DISTRIBUTION
WAREHOUSE

**Property Information:** Description: N SIDE VISCO DR N OF OMOHUNDRO DR
Acreage: 3.92
Dimensions: 0X0
Document: DB-00004817 0000582

**Zoning:**

### Overlays:

Zoning: IR, INDUSTRIAL, RESTRICTIVE
Date Effective: 12/24/1974
Case Number:
Bill Number: O73-650

Overlay District: OV-FLD, FLOOD OVERLAY
Date Effective: 12/24/1974
Case Number:
Bill Number: O73-650

Overlay District: OV-AIR, AIRPORT OVERLAY
Date Effective: 12/24/1974
Case Number:
Bill Number: O73-650

**Assessment Information:** Sale Price:
Date Assessed: 1/1/2009
Classes: C
Land Appraised Value: $211,700.00
Improvment Appraised Value: $746,200.00
Total Appraised Value: $957,900.00
USD/GSD: URBAN SERVICES DISTRICT
Service Area/Field Book: 02DA 68885

Created: 10/20/2009 2:04:17 PM







## Attachment B
## Evidence to Be Seized

1.     Any and all original and/or reproduced records, whether in hard copy, electronic format or other form, related to the harvest, identification, regulation, acquisition, transportation, import, export, shipping, payment, purchase, barter, processing of, sales, purchases, reporting, recordkeeping, and/or disposition of Madagascar Ebony (*Diospyros* species) wood, Rosewood or "Palisander" (*Dalbergia* species) wood, to include all such wood products. (*MADAGASCAR*) (*MADAGASCAR*)

The term "records" includes but is not be limited to:
- documents,
- shipping records,
- invoices,
- manifests,
- bills of lading,
- receipts,
- billing records,
- financial records (including bank statements, deposits, withdrawals, checks, wire transfer, cash transactions),
- accounting ledgers,
- trip tickets,
- landing records,
- logbook entries,
- reporting data,
- facsimile ("fax") transmissions (including records of receipt/transmission),
- notes,
- travel records,
- travel itineraries,
- photographs,
- electronic communication (e-mail),
- memorandums,
- reports, and
- correspondences.

2.     Wood and wood products composed of Madagascar Ebony (*Diospyros* species), including but not limited to finished, semi-worked wood products and unworked wood.

**SEIZED FROM**
Red Arrow Delivery Service

**DATE OF SEIZURE**
11/17/09

**PLACE OF SEIZURE**
Red Arrow Delivery   1120 Visco Drive   Nashville TN

| AMOUNT OR QUANTITY | DESCRIPTION |
|---|---|
| 2 | File Folders That Contain Invoices |
| 7 | Pallets w/ pieces of lumber. |

END

I HEREBY CERTIFY THAT THE ABOVE IS A CORRECT AND ACCURATE INVENTORY OF PROPERTY SEIZED AT THE ABOVE MENTIONED TIME AND PLACE, AND THAT THE SAID INVENTORY WAS MADE IN THE PRESENCE OF

WITNESS (Signature)

SPECIAL AGENT                SA063P

I HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THIS INVENTORY AND ACKNOWLEDGE THAT IT IS CORRECT.

SIGNATURE

3-155   (2/76)

# United States District Court

_____MIDDLE_____ DISTRICT OF _____TENNESSEE (NASHVILLE DIVISION)_____

In the Matter of the Search of

(Name, address or brief description of person, property or premises to be)

## SEARCH WARRANT

**The Servers Located at the
Gibson Guitar Headquarters,
309 Plus Park Blvd.
Nashville, Tennessee 37217**

**09-2139 MK**

TO:   _Agents of the United States Fish and Wildlife Service_ and any Authorized Officer of the United States, Affidavit(s) having been made before me by _Special Agent Kevin L. Seiler_ who has reason to believe that

☐   on the person of, or     ■   on the premises known as   (name, description and/or )

> **The computer servers located at the Gibson Guitar headquarters, 309 Plus Park Blvd.,
> Nashville, Tennessee 37217, Davidson County, Tennessee, in the Middle District of Tennessee.**

in the _____MIDDLE_____ District of _TENNESSEE_____ there is now concealed a certain person or property, namely  (describe the person or property)

**See Attachment A**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   _11/27/09_   (not to exceed 10 days)

the person or place named above for the person or property specified, serving this warrant and making the search   ■  in the daytime --- 6:00 A.M. to 10:00 P.M.   ☐  ~~at anytime in the day or night~~
as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _Magistrate Judge_____ as required by law.
U.S. Judge or Magistrate

_November 17, 2009_ at _1:53 pm_   in   _Nashville, Tennessee_____
Date Issued            Time Issued             City and State

_Judge E. Clifton Knowles_____
Name and Title of Judicial Officer            Signature of Judicial Officer

AO 93    (Rev. 8/98) Search Warrant(Reverse)

| RETURN | Case Number: 2009204776 | 09 - 2189 MK |
|---|---|---|

| DATE WARRANT RECEIVED 11/17/2009 | DATE AND TIME WARRANT EXECUTED 1430 HRS 11/17/2009 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH TIM HARVEY |
|---|---|---|

INVENTORY MADE IN THE PRESENCE OF
SSA JAMES PODBOY

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

56 GIGOBITES OF DATA

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____  11/18/09
U.S. Judge or Magistrate            Date

**Attachment A**
**Evidence to Be Seized**

Any and all original and/or reproduced records related to the harvest, identification, regulation, acquisition, transportation, import, export, shipping, payment, purchase, barter, processing of, sales, purchases, reporting, recordkeeping, and/or disposition of Madagascar Ebony (*Diospyros* species) wood and Madagascar Rosewood or "Palisander" (*Dalbergia* species) wood.

*Madagascar*
*scp*
*ETIL*

The term "records" includes but is not limited to:
- documents,
- shipping records,
- invoices,
- manifests,
- bills of lading,
- receipts,
- billing records,
- financial records (including bank statements, deposits, withdrawals, checks, wire transfer, cash transactions),
- accounting ledgers,
- trip tickets,
- landing records,
- logbook entries,
- reporting data,
- facsimile ("fax") transmissions (including records of receipt/transmission),
- notes,
- travel records,
- travel itineraries,
- photographs,
- electronic communication (e-mail),
- memorandums,
- reports, and
- correspondences.