| | |
|---|---|
| DEPARTMENT OF THE INTERIOR<br>U.S. FISH AND WILDLIFE SERVICE<br>DIVISION OF LAW ENFORCEMENT | **PROPERTY RECEIPT** |

| RECEIVED/SEIZED FROM: GIBSON GUITAR 641 Massman, Nashville, TN | DATE AND TIME OF RECEIPT: 11/17/09, 9:30 AM | FILE NUMBER: |
|---|---|---|
| RECEIVED/SEIZED BY: SA Langeland, ICE (T4L) | LOCATION: Gibson Guitar 641 Massman Dr, Nashville, TN | |

| ITEM NO. | DESCRIPTION: |
|---|---|
| | Seizure log # B94011 |
| 1 | Pallet of ebony fingerboards |
| 2 | Pallet of 4 tubs (green) of ebony fingerboards |
| 3 | Pallet of 6 tubs and one (1) box of ebony |
| 4 | 1 Box of fingerboards ebony |
| 5 | 2 Boxes of necks, ebony |
| 6 | Rolling cart w/ drying ebony |
| 7 | Internal movement memo |
| 8 | 2 small of ebony |

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

OFFICER: McNamara

WITNESS:

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

SIGNATURE:

FORM 3-155 (9/81)