# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:10-cv-00747 |
| | ) | |
| EBONY WOOD IN VARIOUS FORMS, | ) | Judge William J. Haynes |
| | ) | |
| Defendant. | ) | |

---

### JOINT NOTICE

---

The Plaintiff, United States of America (the "Government"), and Claimant Gibson Guitar Corp. ("Gibson") file this notice regarding Gibson's pending motion to dismiss and the Government's response and requests for discovery. The Government and Gibson have agreed to modify the time periods set forth in their prior joint notice (Docket Entry 25). The parties have agreed that Gibson may have until April 1, 2011, to supply additional information in response to certain interrogatories and that, after receiving the information, the Government will supplement its response to Gibson's pending motion and/or file a motion of its own by April 19, 2011. By agreeing to these dates, neither Gibson nor the Government waives any of the positions or objections currently available to it.

1

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: /s/ Debra Phillips by tgh w/ perm.
DEBRA TEUFEL PHILLIPS (BPR 011796)
Assistant United States Attorney
110 9th Ave. S., Suite A-961
Nashville, TN 37203-3870
Telephone: (615) 736-5151
Facsimile: (615) 736-5323

/s/ Tim Harvey_____
Steven A. Riley (BPR # 6258)
Tim Harvey (BPR # 021509)
W. Russell Taber, III (BPR # 24741)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37202
(615) 320-3700 – telephone
(615) 320- 3737 – facsimile
sriley@rwjplc.com
tharvey@rwjplc.com
rtaber@rwjplc.com

*Attorneys for Gibson Guitar Corp.*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on March 11, 2011, a true and correct copy of the foregoing has been served upon the following Filing Users through the Court's Electronic Filing System:

Jerry E. Martin
United States Attorney for the
Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
jerry.martin2@usdoj.gov

Debra Teufel Phillips
United States Attorney for the
Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
deb.phillips@usdoj.gov

*Attorneys for the United States of America*

Alexander Fardon
315 Deaderick Street, Suite 1800
Nashville, TN 37238-1800
daf@h3gm.com

*Attorney for Theodor Nagel GMBH & Co KG*

/s/ Tim Harvey
_____

3