UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL NO. 3:10-cv-00747 |
| | ) JUDGE HAYNES |
| EBONY WOOD IN VARIOUS FORMS | ) |
| | ) |
| Defendant. | ) |

**JOINT NOTICE OF AGREEMENT TO EXTEND TIME
TO RESPOND TO CLAIMANT'S MOTION TO DISMISS**

Debra Teufel Phillips, Assistant United States Attorney, and Timothy G. Harvey, attorney for claimant Gibson Guitar, hereby notify the Court that the parties have agreed to extend plaintiff's time to file a response to claimant's motion to dismiss from its present deadline to Monday, May 9, 2011. By agreeing to this extension, neither Gibson nor the plaintiff waives any of the positions or objections currently available to it.

Respectfully submitted,

JERRY E. MARTIN (BPR # 20193)
United States Attorney for the
Middle District of Tennessee

s/ Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS (BPR# 011706)
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151
Attorneys for the United States of America

s/ Tim Harvey
TIM HARVEY (BPR # 21509)
Steven A. Riley (BPR # 6258)
W. Russell Taber, III (BPR # 24741)
Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37202
Telephone: (615) 320-3700