# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:10-cv-00747 |
| | ) | |
| EBONY WOOD IN VARIOUS FORMS, | ) | Judge William J. Haynes |
| | ) | |
| Defendant. | ) | |

*[handwritten annotation]: ORDER. This motion is GRANTED for the reason sought. /s/ [signature] 6-20-[11]*

---

## MOTION TO ENTER AGREED ORDER

Claimant, Gibson Guitar Corp. ("Gibson"), moves the Court to enter the attached agreed order extending the time for Claimants to respond to Plaintiff's Motion to Strike Claims for Lack of Standing After a Hearing (Docket Entry 30), Motion for Leave to File Attachments to Affidavit Under Seal (Docket Entry 32), and Supplemental Response to Motion to Dismiss (Docket Entry 36). As reflected in the Agreed Order, Plaintiff and Claimants have agreed that Claimants may have until July 15, 2011, to file responses.

Respectfully submitted,

/s/ Tim Harvey
Steven A. Riley (BPR # 6258)
Tim Harvey (BPR # 021509)
W. Russell Taber, III (BPR # 24741)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37202
(615) 320-3700 – telephone
(615) 320- 3737 – facsimile
sriley@rwjplc.com
tharvey@rwjplc.com
rtaber@rwjplc.com

*Attorneys for Gibson Guitar Corp.*

1