UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:10cv 00747 |
| ) | |
| EBONY WOOD IN VARIOUS FORMS ) | JUDGE HAYNES |
| ) | |
| Defendant. ) | |

**REPLY TO CLAIMANT GIBSON GUITAR CORP.'S
RESPONSE TO PLAINTIFF'S MOTION TO STAY**

    Plaintiff's objects to Claimant Gibson Guitar Corp.'s statement that the basis for Plaintiff's Motion to Stay is moot based on the withdrawal of the written discovery and Gibson's assertion that the Gibson's motion to dismiss and Plaintiff's Motion to Strike Claims for Lack of Standing after a Hearing may be decided on the existing record. Plaintiff requested a hearing on the Motion to Strike Claims (D.E. 30) and it is still the position of Plaintiff that a hearing is necessary on the Motion to Strike Claims. Based on the previous filing under seal (D.E. 47: Affidavit of Lana Pettus), Plaintiff asserts that the Motion to Stay (D.E. 44) should be granted as to Claimant Gibson Guitar for a period of time deemed reasonable by the court and as set out in the Affidavit of Lana Pettus.

                                        Respectfully submitted,
                                        JERRY E. MARTIN
                                        United States Attorney for the
                                        Middle District of Tennessee

                By:     s/Debra Teufel Phillips
                        Debra Teufel Phillips (BPR 011706)
                        Assistant United States Attorney
                        110 Ninth Avenue South, Suite A-961
                        Nashville, Tennessee 37203-3870
                        Telephone: 615 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2011 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was mailed by regular U.S. Mail to:

**Steven Allen Riley**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203

**Timothy G. Harvey**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203

**W. Russell Taber , III**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203

**Alexander Fardon**
Harwell, Howard, Hyne, Gabbert, and Manner

315 Deaderick Street, Suite 1800

Nashville, TN 37238-1800

                                                  s/Debra Teufel Phillips
                                                  Debra Teufel Phillips