UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-0747 |
| ) | JUDGE HAYNES |
| ) | |
| EBONY WOOD IN VARIOUS FORMS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A conference in this matter is set for _August 29, 2011 at 3:00 pm_ to determine the realistic prospect of settlement or, in the alternative, if the record is sufficient for the Court to rule upon the motions without a hearing.

It is so **ORDERED**.

**ENTERED** this the _17th_ day of August, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge