FILED
2011 AUG 29 PM 2:42
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CIVIL NO. 3:10-cv-00747 |
| EBONY WOOD IN VARIOUS FORMS | ) JUDGE HAYNES |
| Defendant. | ) |

## NOTICE OF MANUAL FILING

Comes now the plaintiff, United States of America, by and through its attorneys, Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney for said district and gives notice of the filing of the audio interview with Gerard Rambeloariso, Former Madagascar Director General of Forests from 2007-2009 recorded on May 23rd, 2011, and a copy of the Channel Four News Report, both referenced in Agent Seiler's affidavit at D.E. 31-1 and which are relevant to a finding by the Court concerning a determination of Plaintiff's Motion to Strike Claims for Lack of Standing after a Hearing. (D.E. 31).

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

BY: _____
Debra Teufel Phillips
Assistant U. S. Attorney
110 9th Avenue South, A961
Nashville, Tennessee 37203
Phone: 615-736-5151

## CERTIFICATE OF SERVICE

The hereby certifies that on this 29th day of August, 2011, a copy of the foregoing Notice of Manual Filing was filed manually in the United States District Court For The Middle District Of Tennessee Nashville Division. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was mailed by U.S. mail, to:

**Steven Allen Riley**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203

**Timothy G. Harvey**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203

**W. Russell Taber , III**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203

**David Alexander Fardon**
Harwell, Howard, Hyne, Gabbert & Manner, P.C.
315 Deaderick Street
Suite 1800
Nashville, TN 37238

/s/ Debra T. Phillips
DEBRA TEUFEL PHILLIPS