# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:10-cv-00747** |
| | ) | |
| **EBONY WOOD IN VARIOUS FORMS,** | ) | **Judge William J. Haynes** |
| | ) | |
| **Defendant.** | ) | |

## JOINT NOTICE REGARDING PARTIES' DISCOVERY CONFERENCE

The Plaintiff, United States of America (the "Government"), and Claimant Gibson Guitar Corp. ("Gibson") file this notice regarding the discovery issues discussed in open Court on August 29, 2011. The parties have met face to face and by telephone but need a few more days to determine the scope of any discovery issues. The parties have agreed that the Government will provide Gibson with a statement of any issues in dispute no later than September 7, 2011, and Gibson will respond in writing no later than September 9, 2011. If any issues remain, the Government will file the joint statement of issues with any motion no later than September 13, 2011.

1

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: /s/ Debra Phillips by tgh w/ perm
DEBRA TEUFEL PHILLIPS (BPR 011706)
Assistant United States Attorney
110 9th Ave. S., Suite A-961
Nashville, TN 37203-3870
Telephone: (615) 736-5151
Facsimile: (615) 736-5323




/s/ Tim Harvey_____
Steven A. Riley (BPR # 6258)
Tim Harvey (BPR # 021509)
W. Russell Taber, III (BPR # 24741)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37202
(615) 320-3700 – telephone
(615) 320- 3737 – facsimile
sriley@rwjplc.com
tharvey@rwjplc.com
rtaber@rwjplc.com

*Attorneys for Gibson Guitar Corp.*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on September 2, 2011, a true and correct copy of the foregoing has been served upon the following Filing Users through the Court's Electronic Filing System:

Jerry E. Martin
United States Attorney for the
Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
jerry.martin2@usdoj.gov

Debra Teufel Phillips
United States Attorney for the
Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
deb.phillips@usdoj.gov

*Attorneys for the United States of America*

Alexander Fardon
315 Deaderick Street, Suite 1800
Nashville, TN 37238-1800
daf@h3gm.com

*Attorney for Theodor Nagel GMBH & Co KG*

/s/ Tim Harvey
_____

3