## Return Receipt for International Mail
(Registered, Insured, Recorded Delivery, Express Mail)

**UNITED STATES POSTAL SERVICE**

FILED IN CLERK'S OFFICE
SEP 16 2011
U.S. DIST...

NIXIE 100 09-09-11
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

CLERK, U.S. DISTRICT COURT
SUITE 800, 801 BROADWAY
NASHVILLE, TN 37203
UNITED STATES OF AMERICA

PS Form 2865, February 1997 — Avis de réception — CN07 (Old C5)

---

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☒ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |

☐ Insured Parcel (Colis avec valeur déclarée)
Insured Value (Valeur déclarée)
Article Number: RE 551 618 944 US

Office of Mailing (Bureau de dépôt): Broadway P.O. 37202 USA
Date of Posting (Date de dépôt): 6-22-11

Address:
3:10-cv-00747 DE# 38 --
Hans Rudolf Schuler
Am Hunengrab 1
21521 Aumuhle, Germany

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire): [signature]

Office of Destination Employee Signature (Signature de l'agent du bureau du destination):

Date:

Postmark of the office of destination (Timbre du bureau de destination):

PS Form 2865, February 1997 (Reverse)