UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:10-0747 |
| | ) | JUDGE HAYNES |
| EBONY WOOD IN VARIOUS FORMS, | ) | |
| Defendant. | ) | |

ORDER

In light of the stay, the motions (Docket Entry Nos. 7, 30, 44 and 64) pending before the Court are **DENIED without prejudice** to be renewed by the parties upon the lifting of the stay. Accordingly, this action is **ADMINISTRATIVELY CLOSED**.

It is so **ORDERED**.

ENTERED this the 28th day of September, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge