# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **NOTICE OF RELATED CASE** |
| | ) | |
| vs. | ) | |
| | ) | **Case No. 3:10-CV-00747** |
| **EBONY WOOD IN VARIOUS FORMS,** | ) | **JUDGE HAYNES** |
| | ) | |
| Defendant. | ) | |

To the Clerk of this court and all parties of record:

Please take notice that Plaintiff United States of America has filed a Verified Complaint for Forfeiture in United States Middle District of Tennessee Case No.3:11-CV-00913, which case has been assigned to Judge Trauger. Case No. 3:11-cv-00913 seeks the forfeiture of 25 Bundles of Indian Ebony Wood which the United States alleges was imported illegally into the United States with a final destination of Gibson Guitar, and which was imported into the United States contrary to the Lacey Act (16 U.S.C. §3374 (a)(1) et seq. This is a related case to the above-styled case, which involves a Verified Complaint for Forfeiture of Ebony Wood In Various Forms which was imported into the United States from Madagascar contrary to the Lacey Act, and is currently assigned to Judge William J. Haynes.

| | |
|---|---|
| 9/28/2011 | JERRY E. MARTIN |
| Date | United States Attorney for the |
| | Middle District of Tennessee |
| | |
| | By: s/ Debra Teufel Phillips |
| | Debra Teufel Phillips (BPR 011796) |
| | Assistant United States Attorney |
| | 110 9th Ave. S., Suite A-961 |
| | Nashville, TN 37203-3870 |
| | Telephone: (615) 736-5151 |
| | Facsimile: (615) 736-5323 |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of September, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was mailed by regular U.S. mail to:

| | |
|---|---|
| **Steven Allen Riley**<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville, TN 37203 | **Timothy G. Harvey**<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville, TN 37203 |
| **W. Russell Taber , III**<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville, TN 37203 | **David Alexander Fardon**<br>Harwell, Howard, Hyne, Gabbert & Manner, P.C.<br>315 Deaderick Street<br>Suite 1800<br>Nashville, TN 37238 |

      s/Debra Teufel Phillips
      Debra Teufel Phillips