IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) NO. 3:10-0747 |
| | ) JUDGE HAYNES |
| EBONY WOOD IN VARIOUS FORMS, | ) |
| Defendant. | ) |

## O R D E R

Oral argument is necessary on the United States's renewed motion to stay (Docket Entry No. 66) and the Defendant's motion to reconsider and reopen (Docket Entry No. 69). Counsel for the parties have ten (10) days to submit an Agreed Order with a date and time for oral argument.

It is so **ORDERED**.

ENTERED this the _9th_ day of November, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge