UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:10-cv-00747 |
| EBONY WOOD IN VARIOUS FORMS, | ) Judge William J. Haynes |
| Defendant. | ) |

## ORDER REGARDING ORAL ARGUMENT

Pursuant to the Court's order entered November 10, 2011 (Docket Entry 72), Counsel for Claimant Gibson Guitar Corp. ("Gibson") has consulted with Counsel for the Plaintiff, United States of America (the "Government"). The parties agree that oral argument on Gibson's motion to reconsider and reopen and the Government's renewed motion to stay shall take place on December 12, 2011, at 2:30 pm ~~the Court's convenience~~. Alternatively, if December 12 is unavailable, the parties have agreed that the hearing shall occur on December 16, 2011.

Dated: 11-22-11

_____
Judge Haynes

1