UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:10-cv-00747 |
| ) | |
| EBONY WOOD IN VARIOUS FORMS, ) | Judge William J. Haynes |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO RESCHEDULE ORAL ARGUMENT

Plaintiff, United States of America (the "Government"), and Claimant Gibson Guitar Corp. ("Gibson") request that the oral argument on Gibson's motion to reconsider and reopen and the Government's renewed motion to stay currently scheduled for December 12, 2011, be rescheduled to January 27, 2012, or January 30, 2012, at the Court's convenience.

*[Handwritten note:]* OWEN
This motion is GRANTED. The conference is set for January 30, 2012 at 3:00 pm.

*[Signature]*
12-9-11

1