# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:10-cv-00747 |
| ) | |
| EBONY WOOD IN VARIOUS FORMS, ) | Judge William J. Haynes |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO RESCHEDULE ORAL ARGUMENT

Plaintiff, United States of America (the "Government"), and Claimant Gibson Guitar Corp. ("Gibson") request that the oral argument on Gibson's motion to reconsider and reopen and the Government's renewed motion to stay currently scheduled for January 30, 2012, be rescheduled to April 13, 16, or 20, 2012, based upon the Court's availability.

1

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: s/ Debra Phillips by tgh w/ perm.
DEBRA TEUFEL PHILLIPS (BPR 011796)
Assistant United States Attorney
110 9th Ave. S., Suite A-961
Nashville, TN 37203-3870
Telephone: (615) 736-5151
Facsimile: (615) 736-5323


s/ Tim Harvey
Steven A. Riley (BPR # 6258)
Tim Harvey (BPR # 021509)
W. Russell Taber, III (BPR # 24741)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37202
(615) 320-3700 – telephone
(615) 320- 3737 – facsimile
sriley@rwjplc.com
tharvey@rwjplc.com
rtaber@rwjplc.com

*Attorneys for Gibson Guitar Corp.*

2

# CERTIFICATE OF SERVICE

I certify that, on January 26, 2012, a true and correct copy of the foregoing has been served upon the following Filing Users through the Court's Electronic Filing System:

Jerry E. Martin
United States Attorney for the
Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
jerry.martin2@usdoj.gov

Debra Teufel Phillips
United States Attorney for the
Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
deb.phillips@usdoj.gov

*Attorneys for the United States of America*


Alexander Fardon
315 Deaderick Street, Suite 1800
Nashville, TN 37238-1800
daf@h3gm.com

*Attorney for Theodor Nagel GMBH & Co KG*


                                                          s/ Tim Harvey